**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 09-03945-8-JRL  Judge: J. RICH LEONARD | Trustee Name: | Gregory B. Crampton |
|---|---|---|---|
| Case Name: | FULLER, ROBERT W | Date Filed (f) or Converted (c): | 05/13/09 (f) |
|  |  | 341(a) Meeting Date: | 06/15/09 |
| For Period Ending: | 12/31/09 | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 5300 Castlebrook Dr., Raleigh, NC | 690,000.00 | 0.00 | | 0.00 | 0.00 | 630,000.00 | 60,000.00 |
| Tenancy by Entireties exemption claimed, Lienholder - Countrywide | | | | | | | |
| 2. 730 Oakridge Run Rd., Fuquay-Varina, NC | 650,000.00 | 0.00 | | 0.00 | 0.00 | 150,755.00 | 0.00 |
| (Debtor's ownership is disputed) Lienholder - Wells Fargo (Stay motion filed) | | | | | | | |
| 3. Wachovia checking | 300.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. Wachovia savings | 400.00 | 0.00 | | 0.00 | FA | 0.00 | 400.00 |
| Debtor Claimed Exemption | | | | | | | |
| 5. HOUSEHOLD GOODS AND FURNISHINGS | 8,400.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 4,200.00 |
| Debtor Claimed Exemption | | | | | | | |
| 6. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| Debtor Claimed Exemption | | | | | | | |
| 7. JEWELRY | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 300.00 |
| Debtor Claimed Exemption | | | | | | | |
| 8. Hobby train set | 1,000.00 | 0.00 | | 0.00 | FA | 0.00 | 1,000.00 |
| Debtor claimed wild card exemption | | | | | | | |
| 9. Term life insurance | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | | | |
| 10. Wachovia Securities IRA | 145,149.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 11. CopperRoad Corp (250k shares) | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 12. Commissions & reimbursements owed from Capri Pools | 37,242.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 13. Money owed Debtor from Copper Road LLC | 70,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 14. Anticipated tax refund | 504.00 | 0.00 | | 0.00 | FA | 0.00 | 504.00 |
| Debtor claimed wild card exemption. | | | | | | | |
| 15. 1991 Ford Temp | 650.00 | 0.00 | | 0.00 | FA | 0.00 | 650.00 |
| Debtor Claimed Exemption | | | | | | | |
| 16. 1997 Ford Taurus | 950.00 | 0.00 | | 0.00 | FA | 0.00 | 950.00 |

LFORM1EX

Ver: 15.06b

FORM 1

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 2

Case No:     09-03945-8-JRL    Judge: J. RICH LEONARD  
Case Name:   FULLER, ROBERT W

Trustee Name:            Gregory B. Crampton  
Date Filed (f) or Converted (c):   05/13/09 (f)  
341(a) Meeting Date:     06/15/09  
Claims Bar Date:

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| Debtor claimed wild card exemption<br>17. 1999 Toyota 4Runner<br>Debtor Claimed Exemption | 2,475.00 | 0.00 | | 0.00 | FA | 0.00 | 2,475.00 |
| TOTALS (Excluding Unknown Values) | $1,607,870.00 | $0.00 | | $0.00 | Gross Value of Remaining Assets $0.00<br>(Total Dollar Amount in Column 6) | $780,755.00 | $70,979.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigating disputed ownership, feasibility of avoidance action re: Oakridge Run Road, Fuquay-Varina, NC approximately 198 acre tract (conveyed by quitclaim deed).  Trustee may commence adversary proceeding or abandon interest.

Also investigating validity of asserted debt and collection feasibility of Copper Run Corp.  Collection appears questionable and alledged debt may in fact be capital contribution.

No funds received by Trustee, therefore, no Form II required.

Initial Projected Date of Final Report (TFR): 09/30/10     Current Projected Date of Final Report (TFR): 09/30/10

/s/    Gregory B. Crampton  
_____  Date: 01/31/10  
GREGORY B. CRAMPTON

LFORM1EX

Ver: 15.06b