# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 09-03945-8-JRL    Judge: J. RICH LEONARD    Trustee Name: Gregory B. Crampton
Case Name: FULLER, ROBERT W    Date Filed (f) or Converted (c): 05/13/09 (f)
For Period Ending: 06/30/10    341(a) Meeting Date: 06/15/09
    Claims Bar Date:

Page: 1

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 5300 Castlebrook Dr., Raleigh, NC Tenancy by Entireties exemption claimed, Lienholder - Countrywide | 690,000.00 | 0.00 | | 0.00 | 0.00 | 630,000.00 | 60,000.00 |
| 2. 730 Oakridge Run Rd., Fuquay-Varina, NC (Debtor's ownership is disputed) Lienholder - Wells Fargo (Stay motion filed) | 650,000.00 | 0.00 | | 0.00 | 0.00 | 150,755.00 | 0.00 |
| 3. Wachovia checking | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. Wachovia savings Debtor Claimed Exemption | 400.00 | 0.00 | | 0.00 | FA | 0.00 | 400.00 |
| 5. HOUSEHOLD GOODS AND FURNISHINGS Debtor Claimed Exemption | 8,400.00 | 0.00 | | 0.00 | FA | 0.00 | 4,200.00 |
| 6. WEARING APPAREL Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 7. JEWELRY Debtor Claimed Exemption | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 300.00 |
| 8. Hobby train set Debtor claimed wild card exemption | 1,000.00 | 0.00 | | 0.00 | FA | 0.00 | 1,000.00 |
| 9. Term life insurance Debtor Claimed Exemption | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10. Wachovia Securities IRA | 145,149.00 | 0.00 | | 0.00 | | 0.00 | 0.00 |
| 11. CopperRoad Corp (250k shares) | 0.00 | 0.00 | | 0.00 | | 0.00 | 0.00 |
| 12. Commissions & reimbursements owed from Capri Pools | 37,242.00 | 0.00 | | 0.00 | | 0.00 | 0.00 |
| 13. Money owed Debtor from Copper Road LLC | 70,000.00 | 0.00 | | 0.00 | | 0.00 | 0.00 |
| 14. Anticipated tax refund Debtor claimed wild card exemption. | 504.00 | 0.00 | | 0.00 | FA | 0.00 | 504.00 |
| 15. 1991 Ford Temp Debtor Claimed Exemption | 650.00 | 0.00 | | 0.00 | FA | 0.00 | 650.00 |
| 16. 1997 Ford Taurus Debtor claimed wild card exemption | 950.00 | 0.00 | | 0.00 | FA | 0.00 | 950.00 |

LFORMIEX    Ver: 15.10d

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 09-03945-8-JRL   Judge: J. RICH LEONARD  
Case Name: FULLER, ROBERT W

Trustee Name: Gregory B. Crampton  
Date Filed (f) or Converted (c): 05/13/09 (f)  
341(a) Meeting Date: 06/15/09  
Claims Bar Date:

Page: 2

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 17. 1999 Toyota 4Runner Debtor Claimed Exemption | 2,475.00 | 0.00 | | 0.00 | FA | 0.00 | 2,475.00 |

TOTALS (Excluding Unknown Values)   $1,607,870.00   $0.00   $0.00   $0.00   $780,755.00   $70,979.00

Gross Value of Remaining Assets  
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor has listed ownership in 730 Oakridge Run Rd., Fuquay Varina, NC real estate even though current record title is in Cape May Trust. Debtor alleges defect in transfer chain to Cape May Trust. Trustee exploring possibility of representation on a contingency basis by prior state court attorney re post-petition, stayed quiet title action involving same real estate.  May abandon.

Wells Fargo Stay Motion hearing continued until 9-9-10.

No funds received by Trustee, therefore, no Form II required.

Initial Projected Date of Final Report (TFR): 09/30/10   Current Projected Date of Final Report (TFR): 12/31/10

/s/ Gregory B. Crampton   Date: 7/29/10  
Gregory B. Crampton