B6F (Official Form 6F) (12/07)

In re  **Robert W Fuller**                                    Case No. **09-03945-8-JRL**
                        Debtor                                                (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>James Cirimele<br>4405 Birnamwood Court<br>Holly Springs, NC  27540 | | | dispute over installation of pool at a time when Debtor was an officer of Capri Pools, an incorporated business | | X | X | 1.00 |

<u>0</u>   Continuation sheets attached

Subtotal ▶  $    1.00

Total ▶  $    1.00

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
# Eastern District of North Carolina

In re **Robert W Fuller**, Debtor

Case No. **09-03945-8-JRL**

Chapter **7**

## AMENDED - SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 1,340,000.00 | | |
| B - Personal Property | YES | 3 | $ 267,870.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | $ |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 780,755.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $ 178,105.52 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 6,328.85 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 7,450.00 |
| TOTAL | | 13 | $ 1,607,870.00 | $ 958,860.52 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
# Eastern District of North Carolina

In re   Robert W Fuller                                                     , Case No.   09-03945-8-JRL
                                         Debtor                               Chapter   7

## AMENDED - STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 6,328.85 |
| Average Expenses (from Schedule J, Line 18) | $ 7,450.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 178,105.52 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 178,105.52 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Robert W Fuller**                                             Case No. **09-03945-8-ATS**
                              Debtor                                                          (If known)

# AMENDED - DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _Sept 1 2010_                              Signature: _Robert W Fuller_
                                                                            Debtor

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT APPLICABLE)

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

ROBERT W. FULLER,

Debtor.

Case No. 09-03945-8-JRL

Chapter 7

## CERTIFICATE OF SERVICE

This is to certify that a true and exact copy of the (1) *Amendment to Schedule F*, (2) *Amended Summary of Schedules*, (3) *Amended Statistical Summary of Certain Liabilities*, and (4) *Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines* Pursuant to Local Rule 2002-1(a) were served on the parties listed below in accordance with the local rules and was therefore served electronically on those entitles that have properly registered for such electronic service. Entities not registered for electronic service have been served by depositing a copy of same in the United States mail, postage prepaid, addressed as shown below.

James Cirimele
4405 Birnamwood Court
Holly Springs, NC  27540

Robert W. Fuller
5300 Castlebrook Drive
Raleigh, NC  27604

Gregory B. Crampton
Chapter 7 Trustee
PO Box 18237
Raleigh, NC  27619

Marjorie K. Lynch
Bankruptcy Administrator
434 Fayetteville Street
Suite 620
Raleigh, NC  27601

This the 3 day of September, 2010.

HATCH, LITTLE & BUNN, L.L.P.

By: _____
Douglas Q. Wickham
Attorney for Debtor
State Bar No. 13991
Post Office Box 527
Raleigh, North Carolina  27602
Telephone:  (919) 856-3940
Facsimile:  (919) 856-3950

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)     Case Number 09-03945-8-ATS

## UNITED STATES BANKRUPTCY COURT Eastern District of North Carolina

### Notice of
### Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 5/13/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Robert W. Fuller
5300 Castlebrook Drive
Raleigh, NC 27604

| Case Number:<br>09-03945-8-ATS | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx-xx-6122 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Douglas Q. Wickham<br>Hatch, Little & Bunn, LLP<br>PO Box 527<br>Raleigh, NC 27602<br>Telephone number: 919 856-3940 | Bankruptcy Trustee (name and address):<br>Gregory B Crampton<br>Nicholls & Crampton, P.A.<br>PO Box 18237<br>Raleigh, NC 27619<br>Telephone number: 919 781-1311 |

### Meeting of Creditors
Date: **June 15, 2009**          Time: **09:30 AM**
Location: USBA Creditors Meeting Room, Two Hannover Square, Room 610, 434 Fayetteville Street Mall, Raleigh, NC 27601

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 8/14/09**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>1760-A Parkwood Blvd.<br>Wilson, NC 27893 Telephone number: 252-237-0248 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Stephanie J. Edmondson |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 4:30 PM | Date: 5/13/09 |

Case 09-03945-8-ATS   Doc 4   Filed 05/13/09   Entered 05/13/09 23:12:19   Page 2 of 2

## EXPLANATIONS
B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. Courtroom decorum: The dignity of the court is to be respected and maintained at all times. Attire for counsel, parties, and spectators should be restrained and appropriate to the dignity of a federal court of the United States. SHORTS ARE NOT CONSIDERED APPROPRIATE ATTIRE. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

### Refer to Other Side for Important Deadlines and Notices

RECORD SEARCH FEE – $26.00/NAME OR ITEM. COPY FEE = $.50 + SEARCH FEE.
Requests must be made in writing to the address listed on the front side, accompanied by a self-addressed, stamped envelope & cashier's check/money order for the correct amount payable to CLERK, U.S. BANKRUPTCY COURT. No telephone inquiries.
**VCIS Toll free–24 hour case information 1–888–513–9765
**Pacer Internet Address: http://pacer.nceb.uscourts.gov **Internet Web Page: http://www.nceb.uscourts.gov
All parties are expected to dress appropriately for all court appearances. SHORTS ARE NOT CONSIDERED APPROPRIATE COURT ATTIRE.
YOU COULD HAVE RECEIVED THIS NOTICE AS AN INTERNET E–MAIL OR FAX. Visit www.EBNuscourts.com or call toll–free 1–877–837–3424.